Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | | |
|---|---|---|
| _Eddie Marlow_ | ) | Case No. _____ |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | United States District Court Southern District of Texas **FILED** DEC 1 0 2018 David J. Bradley, Clerk of Court |
| -v- | ) | |
| _See Attached_ | ) | |
| _Defendant(s)_ | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                           Eddie Marlow

All other names by which
you have been known:

ID Number                      01226099

Current Institution            1200 Baker 5F1
Address

| Hou | Tx | 77002 |
|---|---|---|
| *City* | *State* | *Zip Code* |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                           District Atty Office
Job or Title *(if known)*       Prosecution
Shield Number
Employer                       Harris County Tx
Address

| Hou | Tx | 77002 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☑ Individual capacity   ☑ Official capacity

Defendant No. 2
Name                           Jan Krocker
Job or Title *(if known)*       184 District court judge
Shield Number
Employer                       Harris Texas
Address

| Hou | Tx | 77002 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☑ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                          _____
    Job or Title *(if known)*      _____
    Shield Number            _____
    Employer                _____
    Address                 _____

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity      ☐ Official capacity

Defendant No. 4
    Name                          _____
    Job or Title *(if known)*      _____
    Shield Number             _____
    Employer                _____
    Address                 _____

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity      ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Prejudice and lack of care for what was the truth

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose ~~outside~~ inside an institution, describe where and when they arose.

when I was arrested for a misdemeanor assault that was a lie the misdemeanor was enhanced and bond raised so my chanceses of freedom would never happen. My indictment was bogus and rewriten "The paragraphs to "enhance called me 2nd offender

~~B.~~   If the events giving rise to your claim arose in an institution, describe where and when they arose.

I have been convicted of family Violence once but the paragraph that I was arrested for on 9-21-18 was re-written twice but where inaccurate with the police statement of the defendant Plantif Shirly McCann

C.      What date and approximate time did the events giving rise to your claim(s) occur?

9-22-2018   Probable cause court

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was on the court dockett for a felony that was a misdemeanor that was enhanced using paragraphs that wasn't accurate with the accual police report. I was shown prejudice because of my priors, my enhancements over a lie my court appt. Atty claimed he watched the video and it clears me of any assault there for false imprisonment applies

**V.   Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pain + Suffering

**VI.   Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Since each paragraph bar that was written that didn't match with the official police report 500,000 X 2 Prejudice in calling me a second offender when I was only an Offender 1 time and pre trial detainee 500,000, Prejudice when enhancing a lie that was officially a misdemeanor to a felony 500,000 predjudice on bond issues that established over a lie 500,000

2.500,000 dollars
two. five million dollars

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harris County 1200 Baker

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

NA

2.   What did you claim in your grievance?

NA

3.   What was the result, if any?

NA

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

NA

F.     If you did not file a grievance:

    1.     If there are any reasons why you did not file a grievance, state them here:

I knew it would get anywhere!

    2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Eddie

Defendant(s)   Balifl and HCSO

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4: 18 - cv - 04500 —   unknown

4.   Name of Judge assigned to your case

Cant remember

5.   Approximate date of filing lawsuit

November 26 2018

6.   Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Not Yet

IX.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       12   6   18

Signature of Plaintiff        _Eddie Marlow_
Printed Name of Plaintiff     _Eddie Marlow_
Prison Identification #        _01226099_
Prison Address                _1200 Baker_
                              _Houston_          _Tx_    _77002_
                              City              State   Zip Code

B.   **For Attorneys**

Date of signing:       _____

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
                              _____
                              City              State   Zip Code
Telephone Number              _____
E-mail Address                _____

Houston Division

## ADDRESS, HOURS, SECURITY and ELECTRONIC DEVICE POLICY

**Location:**

United States Courthouse
515 Rusk Avenue
Houston, TX 77002

**Correspondence:**

David J. Bradley
Clerk of Court
P. O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED

DEC 10 2018

David J. Bradley, Clerk of Court

Dear Reader

9-21-18   I was arrested for allegedly assaulting Shirley McCans that was a misdemeanor that was and eventually proven to be a lie but the misdemeanor was enhanced to a felony. My indictment was re-written two times but was the same crime and used as a means of enhancements. I went to court 10-3-18 and my 1 on assault became 2 earlier in the week a warrant went into effect and that charge was enhanced as a felony. I was arrested for what was a lie and although I had a witness my claims of innocence was dismissed. The night I was arrested I was made to abandon my dog as video will show my dog was already there and he was left behind. I have owned my dog Boudreaux Wilson for almost two years. He is pit mix and if picked up as an abandoned dog he will be put down. I lost my earthly possessions. There was an issue going through booking, my t-shoes were taken from me and I was placed in a room that smelled of urine and was wet with piss. I fell asleep from fatigue

and, I had medical needs to have ankle
support. These high top t-shoes were a
gift when they were finally replaced they
were not mine. I had let the judge know
about my constant refusals I let her know
in my correspondence that the police didn't
enforce housing therefore I was forced to
sleep on a 2nd teir upon housing which the
stairs were painful and I was made to
use them many time throughout the day
for around 2 months. I was forced to walk
long periods to court up the stairs their
and back. I was living in my cell and
it was crawling with ants as many others
were too I had ants on me as I slept and
when I said something was singled out
and forced to live out in the day room
while forced to use the shitters that wasn't
sanitary. I was never given the cleaning supplies
while I was locked out Sargent Ervin
was the one I wrote up about my shoes had
the glory of singling me out and making
an example. I was out in the day room
11 hours then able to reenter to sleep.

2

The next morning I was forced to move. I have accurate times recorded so one could look at video here and truely understand me being singled out substanciating my claim.

① I was telling the police what my story and he was pointing his tazer at my dog that was no where near to be aggressive or in a threatening mannor. The snapping of electricity was not making my dog act aggressive but the action wasn't called for. I wish to be valuated for my claims I have mailed David J. Bradley my complaints and as also written the judge in my court. I will rewrite her as I feel and can prove by in house video witnesses and statements I am on the floor at 11:17 PM I extended my arm out the bars while on my mattress located on the floor in a cell. Video will prove all that I claim. I have times of said

claims. I am only guilty of being
with viadictive woman that believes
is she cant have me no one can.
I was told that I need to write
the State Barr, I disagree. As
long as I am in here for the lie
that keeps me in here I am going
to demonstrate my right to
fight for equal rights and my
priviledges. I was exercaising one
write the night I was arrested and
that write was given as a great
rule the Bible states though shalt
not lie thy shaltnot bare false witness
of thy neighbor. My priors gave
merit to the DA to find me guilt before
I was even housed because a bold face
lie "showed" Prejudice in my favor to
critique me as a repeat offender.
I truely cant be accused of being
a second offender for family violence
when only once I was convicted and
the others is an un-proven accusation.

she told my lawyer to put in a
motion to get my shoes but as
I already told her my shoes
weren't in my property, I was force
to hobble in pain. Much later on
there was a pair of Jordan T-shoes
that was brought to me that was
simular but not the size I wore to
jail. I told the officer repeated ly that
the recent delivered shoes weren't mine.
He said they are now and walked off.

①    I went months in pain and still enduring
②    I had to go up and down stairs and
walk around with no ankle support.
③    The shoes were a gift that I sat and
cried repeatedly because they were a gift
and I truely thought of hurting HCSO
to equal my loss.
④    The estimated family value price less
⑤    The true retail value 180⁰⁰
⑥    The neglect for ones personal welfare and
medical needs.

2

As any one can tell that everyone but
me jumped the gun trying to nail me
on a crime that I would have had
no choice but to stay here for months
to years to have reduced because I
by then will have been threatened to
take this tome or this trime because
if I go to trial I will get more than what
they gave gracefully or what I should
have expected on a decent plea deal.
I am in no hurry to get free because
to many people are aware of my situation
and I know I was wrongfully arrested
and in my indictment falsely accused. I
again request enough pity to be evaluated for
my claims then also you can contact
my judge because she is aware of what
is going on and she seems to care little
about. The excuse of me being released
with out properly medicated is what the
excuse is being applied. I am surely
not that pysodotic.

Attention: My arrest was on 9-21-18 where my ex girlfreind told HCSO deputy that she (went) to shell to drop of my dog and I assaulted her by the hair knocking her down causing injuries and pain. There are videos of me being at other places with my dog and my current girl freind that was a witness at the shell station that was immediately excused. I feel my rights were violated while being arrested and while still being held against my will. I have actually claims that have happened to me while in HCSO custody that are true claims. A lie was told and I am being violated every day I am in here over a lie. I request you please look into my case and any information you need from my lawyer you can get at any time. There is no confidentuality ff him and the D.A. are both fucking me over.

## REENTRY SERVICES

Dear David

I come to you and plea because the issue with the original Sargent that Signed of on my medical needs pass singled me out locking me out of my cell and left me out for hours. I feel retaliated against because sargent Ervin wrote me a case that I wasnt aware of and come to find out ½ hour earlier after a member of the Grievance board came by to try to solve my problems about my mis placed shoes I was called down to disciplinary for a case and the same grievance officer was in control of disciplinary and read out the Case I was given under sargent Ervins instruction. I wasot afforded to make a statement and called to disciplinary. Conflict of interest because Sargent Ervin and the Grievance board have been hearing alot from me from each other. I was given a case for safety and unsanitary condition but I was the only one who in the whole day and longer given such a case. I have a minor infraction and was give 5days loss of privileges. I am not a worker and am not given the proper cleaning supplies to clean as needed. It is not

## REENTRY SERVICES

my responsibility because I am not authorized to possess proper cleaning supplies. Hey when I was lock out of my cell for the day I wasn't given an infraction when I had to use the stool in the day room. Retaliation isn't justified by the actions that are presented blindly. I am living in a Dorm E5F1 on the floor. I have a special needs pass because medical I humbley request you look in to this also.

   Housing is not enforced so I would have to fight some one to get a bottom bunk and then I would get clicked on because I am the outsider. I would asked to get moved back into a single man cell due to my factual complaints. I am in fear for my safety because of my claims envolve HCSO staff officer, Judge, and DA of 184th District court. Please have me housed in a single man cell because I fear retaliation is brewing. I was put in jail for a lie.

Eddie Marlow

**REENTRY SERVICES**

Dear Reader   or David, J Bradley

I file these suits because my rights have been violated on 9-21-18 I was arrested for a lie when I was going through probable cause court the magistrate pro claimed it was a misdemeanor but the D.A. brought up my priors and I was set 184th District Court. On 10-3-18 I went before the judge requesting a bond reduction 50,000.00 was to high for me but another assalt charge that was not effective until affer my arrest pop up. I was awared 25,000.00 apiece now which still adds to 50,000.00 I lost every thing over a lie, my indictment para graphs were re written two times just worded differently and didnt match the original police arrest statement. The two falsely constructed para graphs showed prejudice because of allegedged crime and my fully prior history. I feel predjudism was used in the indictment because both paragraphs related to the accusated lie against me about 9-21-18. I was seen by an investigater and he got my information and left he visited on 10-22-18. On 11-14-18 I noticed a small cardboard envelope in the lawyer that was appointed on my case I asked him if that was the video he said he had watched it, He clearly said he only saw me on the video that was gotten from the Shell Station is when I was getting arrested. My exgirlfriend told arresting police that she "went" to Shell station to drop off my dog and I assaulted her grabbing her hair knocking her down causing injury and pain. She did not tell the policeman the

**REENTRY SERVICES**

said crime took place any other location or area. Shirley McCann stated "to officer" she WENT to shell but Gilbert Rodriguez told me the video surveilance cameras fail to show any assalt and any contact of me and Shirley McCann physical and verbal. You will also notice on the video that my dog was with me when entering the shell lot and the witness that was with me on the bike my new girl friends state ment was dismissed immediately and since my priors are lenghtly the officer found blind merit to assume in Shirley McCanns accusation of her assault. As you will notice in the video my dog that was non aggressive twords anything the arresting officer pulled his pistol tazer and pulled the trigger to antagonize my dog so shooting him would be justified. The video will show accuracy in all my claims. Please acknowledge that I am in on a crime that is false, so I am bringing it back. I am retaliation because enough is enough please file these for me and respectfully see that I can get a council visit. I humble thank you!

My bonds were raised to 50 000 and then another warrent went into effect long after my initial arrest then she splite two lies 25000⁰⁰

Respectfully
Eddie Marlow

apiece so my plea for bond reduction was dismissed and treated as I 01226099 5F1 am not aware of the bonds not being reduced.

Eddie Marlow  184th
01226094511
1200 Baker Str
Hou Tx

Dear Reader                                               1

        I am writing to complain about
the lawyer Gilbert Rodriquez. I am
finding him to be ineffective because I
was assigned his services and even before
my first court date wrote me a brief letter
telling me that he is appointed to my
case. Well, the letter first started - Dear
Mr. Hardy. During my first court appearence
the judge told him file a motion for an
investigater and it was almost a complete
3 weeks before I was seen from by the investigator
He said he was in Colorado, and I started
to think is the only investigater who works
the Houston, Harris County areas. I spoke with
him and told him the whole truth. I
was arrested at a shell gas station and
the crime I alegedly commited there
at shell was assault on a family member.
My ex-girlfriend call 911 I guess one night
while I was with my new girl freind and

2

claimed that she went to Shell gas station to drop off my dog and I assaulted her by grabbing her knocking her down causing pain and injury. I was arrested 9-21-18 for a misdemeanor assault that was a lie. The misdemeanor was enhanced to a felony and my bond raised so high I had no choice but to stay in jail. While I was being arrested my dog Boudreaux that was with me was forced to be left alone. He was a gental pit lab mix that if was considered abandoned wouldn't get a second chance hence his breeding features. On November 14-2018 I went to court and I noticed a small envelope made of card board that he possessed then I said that's the video and he said he watched it because I saw the strip tore. I asked him if he watched it he said yes and he said clearly that the only time he saw me is when I was being arrested.

Gilbert Rodriguez # unknown

3

Right then and there I knew I was
going home. I was reset while he had
the evidence in his hand. I told him to
go show the judge so I can go home. I
have a civil suit that I am filing because
of wrongful arrestl and so far I have 14
claims even though some are petty it
is just because they are factual and I
shouldn't have even been arrested. I go to
court 12-14-18 and hope to get dismissed but
my lawyer has not given me a reset for reciept
for the last few court dates I dont have his
information to even write or call. As you
can see, the police exclaimed that my
ex girl freind that I once had a dating relation
ship with "Went" to Shell to drop off my
dog means that she was clearly no place
else, dropping of my dog when I assaulted
her but my lawyer Gilbert Rodriquez watched
the shell video and "Clearly" said the only
time he saw me on that video is when I was
getting arrested.

4

① He never came and kept tabs on my case as instructed by the Judge Jan krocker 184th.

② He put an investigater that took 3 weeks to visit me

③ He never gave me a reset paper or any reset reciept since

④ He has knowledge of the video that proves my inocence doesnt bring forth to DA Or Judge

⑤ He have the video from Shell parking lot and claimed he watched it

⑥ He have been in effective for my case just to roach money for every appeareance until he has no choice but to expose the video clearing me of this crime. I recieved a disciplinary case 3 days ago that I was unaware of until today.     I shouldnt even be in jail to get any cases. I have 14 claims that are factual and building more as they come. I am guilty by all parties until proven inocent. Lawyers too!

Respectfully
Eddie Marlow