United States District Court
Southern District of Texas
**ENTERED**
January 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDDIE MARLOW, (SPN #01226099) Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION H-18-4674 |
| HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE, et al., Defendants. | § § § § § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on __JAN 2 5 2018__.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE